IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

LATIFU BROOKS,

   Plaintiff,

    v.

SCIENCE APPLICATIONS
INTERNATIONAL CORPORATION,
et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:09-CV-3186-TWT

## ORDER

This is a pro se employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 7] of the Magistrate Judge recommending dismissing the action for failure to serve the Defendants. The Plaintiff has not complied with the Court's Order regarding service upon the Defendants. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED without prejudice. The Defendants' Motion to Dismiss [Doc. 4] is DENIED as moot.

SO ORDERED, this 8 day of March, 2010.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\09\Brooks\r&r.wpd